IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARDY MERRITT,

    Plaintiff,

  v.

HOUSING AND URBAN DEVELOPMENT, et al.,

    Defendants.

Case No. 24-cv-03968-MMC

**ORDER DENYING PLAINTIFF'S REQUEST FOR HEARING**

    By order filed August 15, 2024, the Court dismissed the above-titled action for lack of subject matter jurisdiction. On August 16, 2024, plaintiff, apparently not having received the dismissal, filed a "Request for Hearing," whereby he seeks, for the second time, reconsideration of the denial of his motion to enjoin proceedings in a state court unlawful detainer action.

    In light of the dismissal of the action, the Request is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: August 20, 2024

MAXINE M. CHESNEY
United States District Judge